UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARISSA JEWELS MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00671-BAM<br><br>**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**<br><br>(Doc. 2) |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a). Accordingly, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's application to procced *in forma pauperis* is GRANTED;

2.  The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;

3.  The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **June 5, 2025**                    /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

1